**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RACHEL JOHNSON, | ) |
|         Plaintiff, | ) |
| vs. | ) |
| NORTHSTAR LOCATION SERVICES, LLC, | ) |
|         Defendant. | ) |

## COMPLAINT

## INTRODUCTION

1. Plaintiff Rachel Johnson brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Northstar Location Services, LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

## VENUE AND JURISDICTION

3. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337.

4. Venue and personal jurisdiction in this District are proper because:

    a. Defendant's collection communication was received by plaintiff within this District;

    b. Defendant transacts business within this District.

## PARTIES

5. Plaintiff Rachel Johnson is an individual who resides in the Northern District of Illinois.

1

6. Defendant Northstar Location Services, LLC is a limited liability company with offices at 4285 Genesee Street, Cheektowaga, NY 14225.

7. Defendant Northstar Location Services, LLC operates a collection agency, using the mails and telephone system to collect alleged consumer debts originally owed (if at all) to others.

8. Defendant Northstar Location Services, LLC is a debt collector as defined in the FDCPA.

**FACTS**

9. Defendant has been attempting to collect from plaintiff an alleged debt incurred for personal, family or household purposes and not for business purposes.

10. On or about Sept. 17, 2010, plaintiff Rachel Johnson received the following message on her telephone voicemail from defendant:

> Rachel Johnson, my name is Tracy and I am calling in regarding a pending legal matter. I need a return call. My number is 866 610-2726, 1 866 610-2726, my direct extension is 413.

11. The call did not identify the company calling or state that the call was for debt collection purposes.

12. No legal matter was pending.

13. Plaintiff was harassed and annoyed by defendant's anonymous message.

**COUNT I – FDCPA**

14. Plaintiff incorporates paragraphs 1-13.

15. Defendant's telephone message violated 15 U.S.C. §§1692e and 1692e(11), as well as 15 U.S.C. §1692d(6).

16. The telephone message was a "communication" within the meaning of 15 U.S.C. §§1692d(6) and 1692e. *Ramirez v. Apex Financial Mgmt., LLC,* 567 F.Supp.2d 1035 (N.D.Ill. 2008); *Foti v. NCO Financial Systems*, 424 F.Supp.2d 643, 669 (S.D.N.Y. 2006); *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d 1104, 1112, 1118 (C.D.Cal. 2005); *Joseph*

*v. J. J. MacIntyre Cos.,* 281 F.Supp.2d 1156 (N.D.Cal. 2003); *Stinson v. Asset Acceptance, LLC,* 1:05cv1026, 2006 WL 1647134, 2006 U.S. Dist. LEXIS 42266 (E.D. Va., June 12, 2006); *Belin v. Litton Loan Servicing, LP,* 8:06-cv-760-T-24 EAJ, 2006 U.S. Dist. LEXIS 47953 (M.D.Fla., July 14, 2006); *Leyse v. Corporation Collection Servs.*, 03 Civ. 8491, 2006 U.S.Dist. LEXIS 67719 (S.D.N.Y. Sept. 18, 2006).

  17. The telephone message violates 15 U.S.C. §1692d(6) and 15 U.S.C. §§1692e and 1692e(11) because:

  a. The message did not contain the warning required by 15 U.S.C. §1692e(11).

  b. The message did not identify defendant. See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d 1104, 1112, 1118 (C.D.Cal. 2005); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F.Supp. 591, 593 (N.D.Ga. 1982); *Valencia v. Affiliated Group, Inc.,* 07-61381, 2008 U.S. Dist. LEXIS 73008 (S.D.Fla., Sept. 23, 2008).

  18. 15 U.S.C. §1692d(6) makes it unlawful for a debt collector to engage in the following conduct: "Except as provided in section 1692b of this title, the placement of telephone calls without meaningful disclosure of the caller's identity."

  19. Section 1692e provides:

**§ 1692e. False or misleading representations [Section 807 of P.L.]**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

  **(2) The false representation of--**

    **(A) the character, amount, or legal status of any debt; . . . .**

**(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.**

**(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt**

> **collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action. . . .**

20. The statement regarding a "pending legal matter" violated 15 U.S.C. §§1692e(2) and (10).

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

(1) Statutory and actual damages;

(2) Attorney's fees, litigation expenses and costs of suit;

(3) Such other and further relief as the Court deems proper.


/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
 & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

4

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)