**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RACHEL JOHNSON, | ) | |
| | ) | 11-cv-1022 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Blanche M. Manning |
| | ) | |
| NORTHSTAR LOCATION | ) | |
| SERVICES, LLC, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS WITHOUT PREJUDICE WITH LEAVE TO REINSTATE**

Plaintiff Rachel Johnson, through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, respectfully requests that this court enter an order of dismissal without prejudice with leave to reinstate within thirty days to complete the terms of the settlement agreement reached by the parties. In support of this motion Plaintiff states as follows:

1. This case was filed on February 14, 2011 to secure redress against unlawful credit and collection practices engaged in by defendant Northstar Location Services, LLC ("Northstar"). Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2. Defendant was served on February 28, 2011.

3. The parties agreed to settle the claims on or about April 5, 2011. Plaintiff's counsel sent a draft settlement agreement to Defendant on April 18, 2011 for Defendant's review and comment. Plaintiff has been awaiting a response from Defendant regarding the terms of the settlement agreement. Defendant did not provide any comments until May 16, 2011.

4. The parties have finalized the written settlement agreement and Plaintiff has

1

provided an executed copy of the agreement to Defendant.

  5. Plaintiff is awaiting the signed agreement and settlement check from Defendant.

  6. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff requests that the case be dismissed without prejudice with leave to reinstate within 30 days to complete the terms of the settlement.

  WHEREFORE, Plaintiff requests that the above-entitled case be dismissed without prejudice with leave to reinstate within 30 days, after which the dismissal will convert to a dismissal with prejudice absent a motion by either party.

          Respectfully submitted,

          s/ Cassandra P. Miller
          Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Cassandra P. Miller, hereby certify that on May 18, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. I further certify that the foregoing document was also served on May 18, 2011 via email and US Mail upon the following:

NORTHSTAR LOCATION SERVICES, LLC
4285 Genesee Street
Cheektowaga, NY 14225

Linda Leising (lleising@northstarlocation.com)
Compliance Officer
NORTHSTAR LOCATION SERVICES, LLC
4285 Genesee Street
Cheektowaga, NY 14225


                        s/ Cassandra P. Miller
                         Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)