**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RACHEL JOHNSON, | ) | |
| | ) | 11-cv-1022 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Blanche M. Manning |
| | ) | |
| NORTHSTAR LOCATION | ) | |
| SERVICES, LLC, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO**: Please see Certificate of Service.

        **PLEASE TAKE NOTICE** that on May 24, 2011, at 11:00a.m., we shall appear before Judge Manning in Room 1843 of the Everett McKinley Dirksen United States Courthouse for the Northern District of Illinois, Eastern Division, and then and there present: **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE WITH LEAVE TO REINSTATE ,** a copy of which is attached and hereby served upon you.

                                       s/ Cassandra P. Miller
                                       Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on May 18, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. I further certify that the foregoing document was also served on May 18, 2011 via email and US Mail upon the following:

NORTHSTAR LOCATION SERVICES, LLC
4285 Genesee Street
Cheektowaga, NY 14225

Linda Leising (lleising@northstarlocation.com)
Compliance Officer
NORTHSTAR LOCATION SERVICES, LLC
4285 Genesee Street
Cheektowaga, NY 14225

s/ Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)