Rachel Johnson
  Plaintiff,

v.  Case No.: 1:11−cv−01022
  Honorable Blanche M. Manning

Northstar Location Services, LLC
  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 23, 2011:

MINUTE entry before Honorable Blanche M. Manning: Plaintiff's motion to dismiss without prejudice with leave to reinstate within 30 days[11] is granted. Absent a motion by either party, the dismissal will automatically convert to a dismissal with prejudice on the 31st day. Status hearing set to 6/9/2011 is stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.